■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. COLE, Appellant. [964 NYS2d 55]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered June 9, 2010. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Sconiers, Valentino and Martoche, JJ.